**FILED**
**NOVEMBER 27, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HUNTER DOUGLAS METALS, INC., | ) | **07 C 6671** |
| Plaintiff, | ) | |
| v. | ) | |
| IMASA INDUSTRIA MEXICANA DEL ALUMINIO, S.A. DE C.V. | ) | **JUDGE GUZMAN**<br>**MAGISTRATE JUDGE MASON** |
| Defendant. | ) | |

PLAINTIFF HUNTER DOUGLAS METALS, INC.'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Plaintiff Hunter Douglas Metals, Inc. ("Plaintiff"), by and through its undersigned counsel of record, herby certifies pursuant to Federal Rule of Civil Procedure 7.1 that Hunter Douglas, Inc., a privately-held Delaware corporation, owns 100% of Plaintiff's stock. No publicly held corporation owns 10% or more of Plaintiff's stock.

Dated: November 26, 2007
HUNTER DOUGLAS METALS, INC.

By: _____
One of Its Attorneys

Jeffrey T. Gilbert
Max A. Stein
REED SMITH LLP
10 S. Wacker Drive
Suite 4000
Chicago, IL  60606
(312) 207-1000

2097246