AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

HUNTER DOUGLAS METALS, INC.,
    Plaintiff,

CASE NUMBER: 07 C 6671

V.

ASSIGNED JUDGE: Guzman

IMASA INDUSTRIA MEXICANA DEL
ALUMINIO, S.A. DE C.V.,
    Defendant.

DESIGNATED
MAGISTRATE JUDGE: Mason

TO: (Name and address of Defendant)

IMASA INDUSTRIA MEXICANA DEL ALUMINIO S.A. DE C.V.
c/o Ing. Fernando A. Garcia
Mexicana Del Aluminio, S.A. C.V.
Benjamin Franklin 9 Conjunto Industrial
LaJoya Cuautitlan Izcalli, Edo. de Mexico
C.P. 54730

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey T. Gilbert
Reed Smith LLP
10 So. Wacker Drive-40th Floor
Chicago, IL  60606

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

DEC 1 4 2007
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE  January 9, 2008 |
| NAME OF SERVER *(PRINT)*  Theresa Guzman | TITLE  Legal Secretary, Reed Smith LLP |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service of Process in accordance with Paragraph 19 of Sales Contract 53555 by Federal Express delivered to IMASA Industria Mexicana del Aluminio, S.A. de C.V. on December 17, 2007, at 11:41 a.m., per attached Federal Express tracking report.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 01/09/08  
*Date*

*Signature of Server:* Theresa Guzman

Reed Smith LLP  
10 So. Wacker, Chgo, IL 60606  
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.