Tracking summary    Page 1 of 2

**FedEx**                                           Close Window

Track Shipments/FedEx Kinko's Orders     Print
## Detailed Results

| | | | |
|---|---|---|---|
| Tracking number | 860609995716 | Reference | 31816500005 |
| Signed for by | R.IMASA | Destination | LAJOYA CUANTITLAN MX |
| Ship date | Dec 14, 2007 | | |
| Delivery date | Dec 17, 2007 11:41 AM | Delivered to | Receptionist/Front Desk |
| | | Service type | Priority Envelope |
| | | Weight | 1.0 lbs. |
| **Status** | Delivered | | |
| **Signature image available** | Yes | | |

**Signature Proof of Delivery**
Click **Request copy of signature** to view delivery information for this shipment.

[ Request copy of signature ]

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Dec 17, 2007 | 11:41 AM | Delivered | LAJOYA CUANTITLAN MX | |
| | 10:04 AM | On FedEx vehicle for delivery | NAUCALPAN MX | |
| | 9:11 AM | At local FedEx facility | NAUCALPAN MX | |
| Dec 15, 2007 | 10:02 PM | Delivery exception | NAUCALPAN MX | Package at station, arrived after courier dispatch |
| | 10:02 PM | At local FedEx facility | NAUCALPAN MX | |
| | 1:15 PM | Int'l shipment release | TOLUCA MX | |
| | 12:29 PM | In transit | TOLUCA MX | Package available for clearance |
| | 12:29 PM | At dest sort facility | TOLUCA MX | |
| | 2:35 AM | Departed FedEx location | MEMPHIS, TN | |
| | 1:10 AM | Arrived at FedEx location | MEMPHIS, TN | |
| Dec 14, 2007 | 11:02 PM | Left origin | CHICAGO, IL | |
| | 8:16 PM | Picked up | CHICAGO, IL | |

[ E-mail results ] [ Track more shipments/orders ]

**Subscribe to tracking updates (optional)**

Your Name: [          ]    Your E-mail Address: [          ]

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| [          ] | English | ☐ | ☐ |
| [          ] | English | ☐ | ☐ |



| | |
|---|---|
| FedEx Express<br>Customer Support Trace<br>3875 Airways Boulevard<br>Module H, 4th Floor<br>Memphis, TN 38116 | U.S. Mail: PO Box 727<br>Memphis, TN 38194-4643<br>Telephone: 901-369-3600 |

January 10, 2008

Dear Customer:

The following is the proof of delivery you requested with the tracking number **860609995716**.

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | LAJOYA CUANTITLAN |
| Signed for by: | R.IMASA | Delivery date: | Dec 17, 2007 11:41 |
| Service type: | Priority Envelope | | |

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 860609995716 | Ship date: | Dec 14, 2007 |
| | | Weight: | 1.0 lbs. |

| | |
|---|---|
| **Recipient:**<br>LAJOYA CUANTITLAN MX | **Shipper:**<br>CHICAGO, IL US |
| **Reference** | 31816500005 |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339