JRM/JBR/jmk            8389-08001            #1797511

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| HUNTER DOUGLAS METALS, INC., A Delaware Corporation, <br><br> Plaintiff, <br> v. <br><br> IMASA INDUSTRIA MEXICANA DEL ALUMINIO, S.A. DE C.V., a Mexican Corporation. <br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) No. 07 C 6671 |

### NOTICE OF MOTION

To:    Jeffrey T. Gilbert
        Max A. Stein
        REED SMITH LLP
        10 S. Wacker Drive
        Chicago, IL 60606

PLEASE TAKE NOTICE that on Tuesday, February 12, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Ronald A. Guzman or any Judge sitting in his place and stead in Courtroom 1219, or in such other courtroom as shall be occupied by him at the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present Defendant's Motion to Dismiss, a copy of which is attached hereto and served upon you herewith.

                                         Respectfully submitted,

                                         IMASA INDUSTRIA MEXICANA DEL ALUMINIO, S.A. DE C.V.

                                         By: /s/ Daniel W. Lanfear
                                             (subject to admission pro hac vice)
                                            State Bar No. 00784443
                                            daniel.lanfear@strasburger.com
                                            Strasburger & Price, LLP
                                            300 Convent Street, Suite 900
                                            San Antonio, TX 78205

210-250-6000 (telephone)
210-250-6100 (facsimile)

Joseph R. Marconi
Juanita B. Rodriguez
Johnson & Bell, Ltd.
33 W. Monroe Street, Suite 2700
Chicago, Illinois 60603
312-372-0770 (telephone)

**Attorneys for Defendant, Industria Del Alumino, S.A. de C.V.**

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, hereby certifies that he caused to be served through operation of the CM/ECF filing system of the Northern District of Illinois upon the following counsel:

**Jeffrey Todd Gilbert**
Reed Smith LLP
10 South Wacker Drive
40th Floor
Chicago, IL 60606
(312) 207-1000
Email: jgilbert@reedsmith.com

**Max A Stein**
Reed Smith LLP
10 South Wacker Drive
40th Floor
Chicago, IL 60606
(312) 207-1000
Email: mstein@reedsmith.com

                        By: /s/ Juanita Rodriguez
                        One of the Attorneys of Record