## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

HUNTER DOUGLAS METALS, INC.
v.
IMASA INDIUSTRIA MEXICANA DEL ALUMINIO, S.A. DE C.V.

Case Number: 07 C 6671

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

IMASA INDUSTRIA MEXICANA DEL ALUMINO, S.A. DE C.V.

| NAME (Type or print) |
| --- |
| Daniel W. Lanfear |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| /s/ Daniel W. Lanfear |

| FIRM |
| --- |
| Strasburger & Price LLP |

| STREET ADDRESS |
| --- |
| 300 Convent Street, Suite 900 |

| CITY/STATE/ZIP |
| --- |
| San Antonio, Texas 78205 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 00784443 | 210-250-6000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| --- | --- | --- |

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| --- | --- | --- |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |
| --- | --- | --- |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |

FILED
FEB 6 2008
Feb 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT