UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Hunter Douglas Metals, Inc.

                Plaintiff,

v.                                  Case No.: 1:07−cv−06671
                                    Honorable Ronald A. Guzman

IMASA Industria Mexicana Del Aluminio, S.A. De C.V.

                Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 8, 2008:

      MINUTE entry before Judge Ronald A. Guzman : Status hearing set for 11/28/08 is stricken as entered in error. Initial status hearing is set for 2/22/2008 at 09:30 AM. The Court orders the parties to appear for an initial status hearing. Set deadlines as to motion by Defendant IMASA Industria Mexicana Del Aluminio, S.A. De C.V. to dismiss Plaintiff's Complaint[14]. Response due 2/29/08. Reply due 3/14/08. Ruling to be by mail. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.