**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

| | |
|---|---|
| Hunter Douglas Metals, Inc. | |
| Plaintiff, | |
| v. | Case No.: 1:07−cv−06671 |
| | Honorable Ronald A. Guzman |
| IMASA Industria Mexicana Del Aluminio, S.A. De C.V. | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 19, 2008:

MINUTE entry before Judge Ronald A. Guzman Status hearing set for 2/22/08 is reset to 3/5/2008 at 09:30 AM. on parties request.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.